```
                    FILED
                 08 JUN 26 PM 12: 51
                 RICHARD W. WIEKING
                 CLERK, U.S. DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EARL BOWDEN, Plaintiff,

vs.

BEN CURRY, WARDEN, Defendant.

CASE NO. CV 08 1201 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, EARL BOWDEN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: STATE INMATE PRISON WORKER

PRIS. APP. TO PROC. IN FORMA PAUPERIS — 1 —

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____ N/A _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.    Business, Profession or               Yes ___ No ✓
10          self employment
11    b.    Income from stocks, bonds,            Yes ___ No ✓
12          or royalties?
13    c.    Rent payments?                        Yes ___ No ✓
14    d.    Pensions, annuities, or               Yes ___ No ✓
15          life insurance payments?
16    e.    Federal or State welfare payments,    Yes ___ No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____ N/A _____

23  3.    Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ ∅ _____ Net $_____ ∅ _____
28  4.    a.    List amount you contribute to your spouse's support:$ ____ ∅ ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5   _____N/A_____
6   _____

7  5. Do you own or are you buying a home?     Yes ___ No ✓
8  Estimated Market Value: $_____0_____ Amount of Mortgage: $_____0_____
9  6. Do you own an automobile?                Yes ___ No ✓
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ___ No ✓ If so, Total due: $ _____0_____
12 Monthly Payment: $ ____0____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____N/A_____    0
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____0_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ✓
20 _____

21 8. What are your monthly expenses?
22 Rent: $ _____0_____ Utilities: _____0_____
23 Food: $ _____0_____ Clothing: _____0_____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 ____N/A____                $ ____0____                $ ____0____
27 ____N/A____                $ ____0____                $ ____0____
28 ____N/A____                $ ____0____                $ ____0____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____N/A_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____N/A_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/27/08                         Earl Bowden
DATE                            SIGNATURE OF APPLICANT

```
 1                                                           CV-08-1201-WHA
 2                                           Case Number: CV-08-1201-WHA
 3
 4
 5
 6
 7
 8                        CERTIFICATE OF FUNDS
 9                                IN
10                        PRISONER'S ACCOUNT
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __BoWdEN, EARl__ for the last six months
                                          [prisoner name]
14   __CTF- SoledAd_____ where (s)he is confined.
         [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____              _____
                                   [Authorized officer of the institution]
20
...
28
```

Case Number: CV-08-1201-WHA

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

_Bowden, Earl_
[prisoner name]    for the last six months at

_CTF-Soledad_
[name of institution]    where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _49.58_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _50.01_.

Dated: _6-23-08_    _Yolanda Chavez, Acct / Specialist_
                     Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chavez_
TRUST OFFICE
Acct. I Specialist

4

```
REPORT ID: TS3030 .701                                           REPORT DATE: 06/23/08
                                                                 PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JAN. 24, 2008 THRU JUN. 23, 2008

ACCOUNT NUMBER  : C31351                      BED/CELL NUMBER: CFFWT2000000203L
ACCOUNT NAME    : BOWDEN, EARL                ACCOUNT TYPE:    I
PRIVILEGE GROUP : A

                           TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE

01/24/2008  BEGINNING BALANCE                                                   0.00
01/30 D300  CASH DEPOSIT    2410 8724               150.00                    150.00
02/06 D554  INMATE PAYROL   2476 P1                  20.00                    170.00
02/09 W512  LEGAL POSTAGE   2533 LPOST                            1.31        168.69
02/09 W512  LEGAL POSTAGE   2533 LPOST                            2.16        166.53
02/19 FC01  DRAW-FAC 1      2660 ML                             166.53          0.00
02/21 D300  CASH DEPOSIT    2702 8612                60.00                     60.00
03/06 D554  INMATE PAYROL   2856 P8                  20.00                     80.00
03/17 FR01  CANTEEN RETUR   703010                                5.78-        85.78
03/17 FC01  DRAW-FAC 1      3017 ML                              80.00          5.78
04/07 D554  INMATE PAYROL   3209 P 5                 20.00                     25.78
04/14 FC01  DRAW-FAC 1      3348 ML                              20.00          5.78
04/24 D300  CASH DEPOSIT    3524 7156                75.00                     80.78
05/06 D554  INMATE PAYROL   3628 P11                 20.00                    100.78
05/19 FC01  DRAW-FAC 1      3715 ML                             100.00          0.78
06/05*D554  INMATE PAYROL   4028 P21                 20.00                     20.78
06/05 D554  INMATE PAYROL   4032 P17                 20.00                     40.78
06/10 FC01  DRAW-FAC 1      4122 ML                              25.00         15.78

                           TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL       CURRENT      HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED

  0.00          405.00        389.22       15.78        0.00         0.00

                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE
                                                  ---------
                                                     15.78
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/23/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Wade Cheng
   Acct / Specialist

Correctional Training Facility
P. O. Box 686
Soledad on US 101
Soledad, California 93960
Atten: Trust office