UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARL BOWDEN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-01201 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earl Bowden
C-31351/ FW-203-Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: January 27, 2010

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk